RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 6/8/09

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSAN DUPLANTIS LOPEZ | *CIVIL ACTION NO. 6:09-0250 |
| VS. | *JUDGE DOHERTY |
| ERNEST BILLIOT, ET AL. | *MAGISTRATE JUDGE HILL |

### JUDGMENT

No objections have been filed to the Report and Recommendation United States Magistrate Judge C. Michael Hill. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion to Strike filed by the Town of Delcambre, Mayor Carol Broussard and Chief James Broussard [rec. doc. 7] is **GRANTED in part and DENIED in part**, and that the Motion to Strike filed by Officer Ernest Billiot [rec. doc. 17] is **GRANTED**. Accordingly, plaintiff's claims for punitive damages against the Town of Delcambre, and Mayor Carol Broussard, Chief James Broussard and Officer Ernest Billiot, in their official capacities, are hereby **Stricken.** Plaintiff's claims for punitive damages against Chief James Broussard, Mayor Carol Broussard and Officer Ernest Billiot, in their individual capacities, shall remain pending.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of June, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE